Nos. 811 and 812. KRENSKY, RECEIVER, *v.* WOLFE, TEMPORARY TRUSTEE. April 12, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis M. Mantynband* for petitioner. *Messrs. John S. Miller* and *Irwin T. Gilruth* for respondent.

Nos. 813 and 814. KRENSKY, RECEIVER, *v.* WOLFE, TEMPORARY TRUSTEE. April 12, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis M. Mantynband* for petitioner. *Messrs. John S. Miller* and *Irwin T. Gilruth* for respondent.

No. 819. ANAHMA REALTY CORP. *v.* PARK-LEXINGTON CORP. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George F. Thompson* for petitioner. *Messrs. Pike P. Waldrop, Alexander Pfeiffer, Stuart McNamara, Charles Green Smith, Meyer Kraushaar,* and *Henry W. Taft* for respondent.

No. 823. MALLERS, EXECUTOR, *v.* EQUITABLE LIFE ASSURANCE SOCIETY ET AL. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederick A. Brown* for petitioner. *Messrs. Homer H. Cooper* and *Wendell J. Brown* for respondents.

No. 888. GILL *v.* LOUISIANA. April 26, 1937. Petition for writ of certiorari to the Supreme Court of Louisiana and motion for leave to proceed further *in forma*